UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| PTI, INC. D/B/A PARCELS AND POST | * | CIVIL ACTION NO. 07-8766 |
| | * | SECTION: M |
| VERSUS | | |
| | * | JUDGE: BEER |
| VALLEY FORGE INSURANCE COMPANY | * | MAGISTRATE JUDGE: KNOWLES |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

<u>ORDER</u>

Considering the foregoing Joint Motion to Remand and the stipulation by the Plaintiffs that they shall neither seek nor accept an award in any court in excess of $75,000, and if plaintiffs receive an award in excess of $75,000, they shall decline to execute upon any amount in excess of $75,000, it is hereby ordered that this action be remanded to the Civil District Court for the Parish of Orleans, State of Louisiana.

Thus done and signed this 19th day of June, 2008.

_____
Judge Peter Beer
